**G. Victor Sandstrom, defendant in error, v. R. M. Johnson and Frank Cauley, defendants, on appeal of R. M. Johnson, plaintiff in error. Gen. No. 36,953.**

Opinion filed June 20, 1934.

Cummings & Wyman, for plaintiff in error; Austin L. Wyman, of counsel. Erwin F. Stolle and Charles E. Lewis, for defendant in error.

Mr. Presiding Justice Hall delivered the opinion of the court.